1 BESS M. BREWER, #100364
  LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
  P.O. Box 5088
3 Sacramento, CA 95817
  Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| TERI HARRAL, | ) | Case No. CIV-09-2814 KJN |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security of the United States of America, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended April 26, 2010, to July 30, 2010.   This is plaintiff's first request for an extension and it is required due to Plaintiff's counsel's impacted briefing schedule.

////
////
////
////
////

1

| | |
|---|---|
| Dated: April 26, 2010 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law<br>Attorney for Plaintiff |
| Dated: April 26, 2010 | Benjamin B. Wagner<br>United States Attorney<br><br>/s/ Elizabeth Firer<br>ELIZABETH FIRER<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorney for Defendant |

**ORDER**

Pursuant to the parties' stipulation, plaintiff shall file a motion for summary judgment, if any, on or before July 30, 2010. The court's scheduling order shall be amended accordingly.

Plaintiff will not be granted further extensions of time to file a motion for summary judgment absent a showing of good cause. The undersigned recognizes the burden on counsel to manage an active case load and prepare motions for summary judgment in fact-intensive cases such as this one. Nevertheless, plaintiff's reliance on her attorney's impacted briefing schedule as the basis for any further request for an extension of time will not necessarily constitute, by itself, good cause for such an extension.

IT IS SO ORDERED.

DATED: April 28, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2