1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERI HARRAL** | Case No. CIV-09-2814 KJN |
| Plaintiff, | **[PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended July 30, 2010, to August 31, 2010.   This request for an extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: July 30, 2010 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: July 30, 2010 | Benjamin B. Wagner<br>United States Attorney |
| | /s/ Elizabeth Firer<br>ELIZABETH FIRER<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| | Attorney for Defendant |

## ORDER

The parties' second stipulation permitting plaintiff an extension of time within which to file a motion for summary judgment is HEREBY APPROVED.  Pursuant to that stipulation, IT IS HEREBY ORDERED that plaintiff shall file her motion for summary judgment, if at all, on or before August 31, 2010.

Plaintiff will not be granted any additional extensions of time to file her motion for summary judgment absent a showing of extraordinary circumstances.  Plaintiff's counsel's "impacted briefing schedule" will not constitute sufficient cause to warrant the approval of another stipulated extension of time.

IT IS SO APPROVED and ORDERED.

DATED: August 2, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE